# EXHIBIT C

## Spectrum Laboratories

## Counterfeit




Spectrum Laboratories  Counterfeit 

Spectrum Laboratories 

Counterfeit 

Spectrum Laboratories 

Counterfeit 

## Spectrum Laboratories



## Counterfeit



## Spectrum Laboratories



## Counterfeit



Spectrum Laboratories 

Counterfeit