# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-00526-DRC- | Court: USDC - SOUTERN DISTRICT | County: WESTERN DIVISION, | Job: 9417604 |
|---|---|---|---|
| **Plaintiff / Petitioner:** SPECTRUM LABORATORIES, LLC., an Ohio Limited Liability Company | | **Defendant / Respondent:** BLESS UP, LLC; NADERS WHOLESALE LLC; HOOKAH PLUS INC; and DOES 1-10 | |
| **Received by:** LLS | | **For:** MC DONALD HOPKINS | |
| **To be served upon:** HOOKAH PLUS INC. c/o HUSSEIN HACHEM, CEO | | | |

I, RODRICK GREEN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name:** HUSSEIN HACHEM
**Address:** 11 WEST 27 STREET, NEW YORK, NEW YORK 10001
**Manner of Service:** Personal/Individual, Aug 24, 2023, 3:17 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT FOR TRADEMARK INFRINGEMENT AND APPLICATION FOR PRELIMINARY INJUNCTION and EXHIBITS A - C

_____  08/28/2023
Robert Lawson                Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn , NY 11201
800 695-7480