# AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-00526-DRC- | Court:<br>USDC - SOUTERN DISTRICT | County:<br>WESTERN DIVISION, | Job:<br>9417604 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SPECTRUM LABORATORIES, LLC., an Ohio Limited Liability Company | | Defendant / Respondent:<br>BLESS UP, LLC; NADERS WHOLESALE LLC; HOOKAH PLUS INC; and DOES 1-10 | |
| Received by:<br>LLS | | For:<br>MC DONALD HOPKINS | |
| To be served upon:<br>HOOKAH PLUS INC. c/o HUSSEIN HACHEM, CEO | | | |

I, RODRICK GREEN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name: | HUSSEIN HACHEM |
| Address: | 11 WEST 27 STREET, NEW YORK, NEW YORK 10001 |
| Manner of Service: | Personal/Individual, Aug 24, 2023, 3:17 pm EDT |
| Documents: | SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT FOR TRADEMARK INFRINGEMENT AND APPLICATION FOR PRELIMINARY INJUNCTION and EXHIBITS A - C |

_____  8/28/23
RODRICK GREEN                    Date

LLS
41 Schermerhorn Street Suite 318
Brooklyn , NY 11201
800 695-7480